UNITED STATES, Appellee

v.

EDWARD J. PRUCHNIEWSKI, Boilerman Fireman, U. S. Navy, Appellant

1 USCMA 328, 3 CMR 62

No. 489

Decided April 18, 1952

LT. Fredric T. Suss, USNR, for Appellant.
LTJG. Robert Emmet Dunne, USNR, for Appellee.

### Opinion of the Court

PER CURIAM:

Petitioner was convicted, upon trial by Navy special court-martial, of unauthorized absence for a period of 35 days. He was sentenced to a bad-conduct discharge, and to forfeit $55 per month of his pay for a period of 5 months. After approval of the findings and sentence by Navy reviewing authorities, petitioner seeks grant of review.

After the findings, the trial counsel stated that he had evidence of prior convictions, and proceeded to read a statement from an unidentified source which included the details of three previous court-martial convictions. No documentary evidence of these convictions was offered or received in evidence, nor is any written statement attached to the record. In the absence of proof of at least two prior convictions, the sentence imposed is illegal. Manual for Courts-Martial, 1951, Paragraph 127c. United States v. Carter (No. 159) 1 USCMA 108, 2 CMR 14, decided January 18, 1952, requires reversal here. Indeed, the Government concedes error. The petition for grant of review is granted and the decision of the board of review is reversed. The case is remanded to The Judge Advocate General of the Navy for appropriate action.